UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00050-RLY-CSW |
| | ) | |
| PATRICK M. GARRETT, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On June 25, 2024, the Court held a hearing on the Petition for Warrant for Offender Under Supervision filed on June 13, 2024. (Docket No. 52). Defendant appeared in person with his appointed counsel Mark Foster. The government appeared by Matthew Miller, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Brian Deardurff.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Docket No. 60). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Garrett of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Garrett admitted violation numbers 1 and 2. ([Docket No. 52](Docket No. 52)).

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance."** |
| | As previously reported to the Court, on June 30, 2023, Patrick Garrett, tested positive for amphetamines and admitted to using methamphetamine on June 28, 2023. |
| | As previously reported to the Court, on December 19, 2023, Patrick Garrett, tested positive for fentanyl. He denied use, but it was confirmed positive by Alere Toxicology Services. |
| | On May 7, 2024, Patrick Garrett, tested positive for fentanyl. He denied use, but it was confirmed positive by Alere Toxicology Services. |
| | On May 23, 2024, Patrick Garrett, tested positive for fentanyl. He denied use, but it was confirmed positive by Alere Toxicology Services. |
| 2 | **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."** |
| | As previously reported to the Court, on May 31, June 8, and June 16, 2023, Patrick Garrett submitted urinalyses that were diluted. In fact, on May 31, 2023, his specimen was so diluted it was considered to be a substituted sample not consistent with human urine. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade **B** violation.

    (b) Defendant's criminal history category is **II**.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is **6 to 12** months imprisonment.

5. The parties jointly recommended a sentence of ten (10) months with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of ten (10) months with no supervision upon release from imprisonment. The Magistrate Judge further recommends defendant be housed at a facility in Marion, Illinois.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties elected to waive the fourteen-day period to object to the Report and Recommendation.

Date: June 28, 2024

                                                Crystal S. Wildeman
                                                United States Magistrate Judge
                                                Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.